CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE VA
FILED

DEC 12 2008

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WAYNE JEFFERY BRIDGES,   ) | |
|    Plaintiff,   ) | Civil Action No. 7:08-cv-00622 |
|    ) | |
| v.   ) | **FINAL ORDER** |
|    ) | |
| BRISTOL VA CITY JAIL,   ) | By: Hon. Glen E. Conrad |
|    Defendants.   ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a), and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 11th day of December, 2008.

                                       /s/ Glen E. Conrad
                                       United States District Judge